UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAMBOO IDE8 INSURANCE SERVICES, LLC,
an Arizona limited liability company,

                    Plaintiff,

-against-

EVERETT CASH MUTUAL INSURANCE
COMPANY, a Pennsylvania corporation,

                    Defendant.

---

Case No. 23-mc-0007 (PKC)

[PROPOSED] ORDER TO FILE REDACTED COMPLAINT

~~FILED UNDER SEAL~~ (PKC)

Plaintiff Bamboo Ide8 Insurance Services, LLC ("Plaintiff"), having moved to file a new civil case with a redacted complaint *provisionally* and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed with a redacted complaint in a case available in public view on the court's ECF system and an unredacted complaint filed under seal in the traditional manner, in paper form, it is hereby

ORDERED that this case may be filed with a redacted complaint in a case available in public view on the court's ECF system and an unredacted complaint filed under seal in the traditional manner, in paper form. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to ~~restrict access to this order to the selected party viewing level and~~ close this case.

Dated: January 11, 2023
New York, NY

SO ORDERED:

_____
United States District Court Judge, Part 1

*The Court expresses significant doubt as to the propriety of sealing this complaint. The Court, sitting in Part 1, will provisionally seal the complaint and permit the filing of a redacted complaint, subject to modification by the Judge to whom this case is assigned. Plaintiff shall furnish a copy of this Order to the Judge assigned within 5 days of assignment.*